In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Woolsey Avenue in the Borough of Queens.
ARTHUR LENSSEN, Appellant; THE COMPTROLLER OF THE CITY OF NEW YORK, Respondent.

*Matter of City of New York (Woolsey Ave.),* 163 App. Div. 867, affirmed.
(Argued June 3, 1914; decided June 18, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 17, 1914, which affirmed an order of Special Term denying a motion to compel payment by the comptroller of the city of New York of awards theretofore made in street opening proceedings.

*Benjamin Trapnell* for appellant.

*Frank L. Polk,* Corporation Counsel (*Joel J. Squier, George E. Draper* and *W. B. R. Faber* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.